# PD-1105&1106-15

COURT OF CRIMINAL APPEALS OF TEXAS
AUSTIN, TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS
SEP 29 2015
Abel Acosta, Clerk

| DANIEL HERNANDEZ, | § | CCA #PD-1105-15 |
| TDCJ-CID #1852714 | § | CCA #PD-1106-15 |
| | § | |
| Appellant/Petitioner | § | |
| | § | COA #02-13-00196-CR |
| VS. | § | COA #02-13-00197-CR |
| | § | |
| THE STATE OF TEXAS | § | TC #F-2012-0920-E |
| | § | TC #F-2012-0923-E |
| Appellee/Respondent. | § | |

FILED IN
COURT OF CRIMINAL APPEALS
OCT 01 2015
Abel Acosta, Clerk

## PETITIONER'S MOTION TO WAIVE COPY REQUIREMENTS

TO THE HONORABLE COURT OF CRIMINAL APPELAS:

Petitioner Daniel Hernandez respectfully moves the Court to waive the 11-copy filing requirement of Tex.R.App.P. 9.3(b)(1). He ask the Court to allow him to file only one copy of his Petition for Discretionary Review (PDR), as authorized by Tex.R.App.P. 2.

This case is pending before the Court. Mr. Hernandez' PDR is due on November 9, 2015. Mr. Hernandez is indigent, and he cannot make the required number of copies under Tex.R.App.P. 9.3(b)(1). The Texas Department of Criminal Justice Correctional Institutions Division does not provide a copy machine at the Connally Unit for inmates to use. Mr. Hernandez does not have enough supplies to prepare 11 copies of his PDR. He cannot comply with Tex.R.App.P. 9.3(b)(1).

Mr. Hernandez respectfully asks the Court to grant him permission to file only one copy of his PDR. He asks the Court to waive Tex.R.App.P. 9.3(b)(1) and invoke Tex.R.App.P. 2.

WHEREFORE, Petitioner Daniel Hernandez respectfully asks this Court to grant this Motion.

SUBMITTED and SUBSCRIBED on this the 25 day of September, 2015.

Respectfully submitted,

Daniel Hernandez, Pro Se
TDCJ-CID #1852714
Connally Unit
899 FM 632
Kenedy, Texas 78119


## DECLARATION

"I, Daniel Hernandez, TDCJ-CID #1852714, presently incarcerated in the Texas Department of Criminal Justice Correctional Institutions Division at the Connally Unit in Karnes County, Texas, declare under penalty of perjury under Chapter 132 of the Texas Civil Practice and Remedies Code and 28 U.S.C. § 1746, that the facts stated in this Motion to Waive Copy Requirements are true and correct and that I placed this Motion in the prison mailbox on this date.

"Executed on this the 25 day of September, 2015."

Daniel Hernandez

CERTIFICATE OF SERVICE

I certify that on this the **25** day of September, 2015, I served the following with a true and correct copy of this Motion to Waive Copy Requirements by U.S. mail through the prison mailbox in a postpaid package to the addresses below:

Appellate Attorney for Denton County District Attorney
1450 E. McKinney
Denton, Texas  76202

State Prosecuting Attorney
P.O. Box 13046
Capitol Station
Austin, Texas  78711

Daniel Hernandez